**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNDA BARRERA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-02289-ECR-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WESTERN UNITED INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion to Quash and for a Protective Order Regarding the Deposition Duces Tecum of Sean K. Claggett & Associates (Dkt. #40), and Defendant's Emergency Motion for Protective Order Regarding Plaintiff's Deposition of Defendant's Person Most Knowledgeable of the Financial Condition of Defendant set for February 23, 2011 (Dkt. #41). Defendant's motion was styled an emergency motion. Plaintiff's motion was not. However, it appears that Plaintiff seeks a protective order precluding the deposition of Sean Claggett from going forward. The deposition was scheduled to take place on February 10, 2011.

Having reviewed and considered both matters,

**IT IS ORDERED** that:

1. A temporary protective order is entered precluding the deposition of Sean Claggett & Associates from going forward pending a decision on the merits.

2. A temporary protective order is entered precluding the deposition of Defendant's "Person Most Knowledgeable" from going forward as currently scheduled.

3. Defendant shall have until February 24, 2011, in which to file a response to Plaintiff's Motion for Protective Order. Plaintiff shall have until March 3, 2011, in which to file a reply.

4. Plaintiff shall have until February 28, 2011, to file a response to Defendant's Emergency Motion for Protective Order. Defendant shall have until March 7, 2011, in which to file a reply.

5. The hearing on Plaintiff's Motion to Quash (Dkt. #40), and Defendant's Emergency Motion for Protective Order (Dkt. #41), shall be heard Thursday, March 10, 2011, at 10:00 a.m., in Courtroom 3B.

Dated this 18th day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge