# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LYNDA BARRERA, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02289-ECR-PAL |
| vs. | ) | **ORDER** |
| WESTERN UNITED INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Order (Dkt. #34) on the parties' most recent extension of the discovery plan and scheduling order deadlines filed December 22, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than 30 days after a decision of the dispositive motions. The Order (Dkt. #106) granting and denying several motions for summary judgment was entered February 2, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., March 21, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 7th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge