**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNDA BARRERA, individually,         ) | 2:09-cv-02289-ECR-PAL |
|                                      ) | |
|       Plaintiff,                     ) | |
|                                      ) | |
| vs.                                  ) | **Order** |
|                                      ) | |
| WESTERN UNITED INSURANCE COMPANY,    ) | |
| dba AAA NEVADA INSURANCE COMPANY,    ) | |
| a California corporation; DOES I     ) | |
| through X, inclusive,                ) | |
|                                      ) | |
|       Defendant.                     ) | |
|                                      ) | |

   On February 10, 2012, Defendant filed a Motion for Publication (#108) of our Order (#106), claiming that our Order (#106) contained important analysis of a statute that has not yet been the subject of many cases, namely, our interpretation that Nev. Rev. Stat. § 686A.310 does not require an insurer to make partial payments on a single claim when it is in dispute.  On February 24, 2012, Plaintiff filed an opposition (#110), and we decline to publish our Order (#106) because we agree with Plaintiff that our Order (#106) did not analyze Nev. Rev. Stat. § 686A.310 in depth and should not be published as guidance on that provision.

   **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion (#108) for Publication shall be denied.

DATED: May 8, 2012.

_____
UNITED STATES DISTRICT JUDGE